

**SO ORDERED,**

*[signature]*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: JAMES GRAY**                                              **CHAPTER 13**

**DEBTOR**                                                         **CASE NO. 16-14233 JDW**

### ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

This matter came on for consideration the Motion of James Gray requesting the issuance of an order directing Modification of Chapter 13 Plan after confirmation pursuant to 11 U.S.C. § 1329, and no response or objections being filed by the deadline set by the Court, the Court finds that just cause exist for the entry of the following order.

IT IS, THEREFORE, ORDERED that the Debtor surrender any and all interest in the house and property located at 3900B Highway 15 S, Blue Mountain, Mississippi to his ex-wife, Ruthie Gray.

IT IS, FURTHER, ORDERED that the distribution to unsecured creditors in the Debtor's Chapter 13 Plan remain the same.

IT IS, FURTHER, ORDERED that the Trustee shall amend the Debtor's wage order to comply with the terms of this order.

#ENDOFORDER#

PREPARED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 39635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEY FOR DEBTOR